UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**                                                        **CIVIL ACTION NO.  89-30018-DJC**

**EDWARD ELLIS**

## ORDER MODIFYING CONDITIONS OF RELEASE

CASPER, D.J.

For the reasons stated on the record at the hearing on September 7, 2011, the Court hereby Orders that the following special conditions of supervised release be added to the defendant's term of supervision:

> **The defendant is to participate in a sex offender specific treatment program at the direction of the Probation Office.**
>
> **The defendant shall be required to submit to periodic polygraph testing as a means to ensure that he is in compliance with the requirements of his therapeutic program. No violation proceedings will arise based solely on a defendant's failure to "pass" the polygraph. Such an event could, however, generate a separate investigation. When submitting to a polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendant's exercise of his Fifth Amendment rights will not give rise to violation proceedings.**
>
> **The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have any unsupervised contact with anyone under the age of 18. Contact is defined as any contact or attempt to contact these parties directly or indirectly by any means of communication.**
>
> **The defendant shall refrain from contact with the victim named in the Presentence Report. Contact is defined as any contact or attempt to contact this party directly or indirectly by any means of communications.**

SO ORDERED.

September 9, 2011

/s/ Denise J. Casper
--------------------------
U.S. District Judge