F(D — # 2201359

◆AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| EDWARD ELLIS | Case Number: 89-30018-DJC |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2011 NOV 29 A 11: 21

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Edward Ellis
                                       _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with    (brief description of offense)
**violation of conditions of release**

2011 DEC -2 P 3:00
FILED IN CLERK'S OFFICE

in violation of Title _____ United States Code, Section(s) _____

| Denise J. Casper | *(signature)* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. District Judge | 11/29/2011   Boston, MA |
| Title of Issuing Officer | Date          Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY USMS Springfield
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/1/2011

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |