AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Edward Ellis

)
)
)
)
)

Case No. 89-30018-MGM

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Edward Ellis
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Date: 09/15/2014

*Issuing officer's signature*

City and state: Springfield MA

Mark G. MAstroianni, USDJ
*Printed name and title*

### Return

This warrant was received on *(date)* 10-21-14, and the person was arrested on *(date)* 10-21-14
at *(city and state)* Florida, MA.

Date: 10-21-14

*Arresting officer's signature*

David Toporowski  DUSM
*Printed name and title*